UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Rob Kolson Creative Productions, Inc. | ) | Hon. Harry D. Leinenweber |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 12 C 6978 |
| Scott Stander, | ) | |
| Defendant. | ) | |

# MOTION FOR ENTRY OF JUDGMENT ORDER

Plaintiff Rob Kolson Creative Productions, Inc., by one of his attorneys, respectfully moves for entry of final judgment in this matter, including an award of attorney's fees. In support of this motion, plaintiff states as follows.

1. This is an action to enforce five promissory notes given by defendant Scott Stander, in the original face amounts totaling $155,000.

2. Plaintiff moved for summary judgment, seeking judgment for the face amount, together with interest and attorneys' fees. (SJ Mot. ¶¶ 1-4; Dkt. 33.)

3. On August 7, 2014, the Court granted plaintiff's motion, for the sums owned plus nine percent interest per year. (Order; Dkt. 40.) The Court further instructed plaintiff to submit a proposed judgment order.

4. Plaintiff has calculated the accrual of nine percent per year, through the presentment date of September 10, 2014, as follows:

| Note Date | Principal | Interest to 9-10-14 |
|---|---|---|
| April 17, 2000 | $30,000.00 | $39,442.50 |
| September 4, 2000 | $40,000.00 | $51,190.00 |
| September 4, 2000 | $5,000.00 | $6,398.75 |
| September 14, 2001 | $60,000.00 | $71,160.00 |
| October 14, 2001 | $20,000.00 | $23,570.00 |
| Totals | $155,000.00 | $191,761.25 |

**Total Principal and Interest: $346,761.25**

5. Plaintiff additionally requests that the judgment order include an award of plaintiff's attorney's fees, as requested in the summary judgment motion. All of the notes provide that defendant "agrees to pay any costs and expenses, including attorney's fees, that Lender may incur to enforce collection of amounts due . . . ." (Rule 56.1 Statement Exh. 1; Dkt. 35.)

6. Per the attached affidavit, plaintiff seeks an award of its attorney's fees in the amount of $7,308.20.

7. Plaintiff therefore requests that judgment be entered against defendant in the amount of $354,069.45, consisting of $346,761.25 for principal and interest, and $7,308.20 for attorney's fees.

8. A proposed judgment order is attached to this motion.

Wherefore, plaintiff respectfully requests that that judgment be entered against defendant in the amount of $354,069.45, together with its costs of suit and such further relief as just and proper.

ROB KOLSON CREATIVE
PRODUCTIONS, INC.


By:   /s/ Glenn E. Heilizer
      One of its attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue
Suite 1304
Chicago, Illinois 60602
312-759-9000
glenn@heilizer.com
ARDC No. 6196412

Dated: August 27, 2014